# EXHIBIT C

FILED
09-25-2024
Clerk of Circuit Court
Manitowoc County, WI
2024CV000355

STATE OF WISCONSIN | CIRCUIT COURT | MANITOWOC COUNTY

LAKESHORE TECHNICAL COLLEGE,

        Plaintiff,        Case No. 24-CV-355

v.

ANTHOLOGY INC.,

        Defendant.

## ADMISSION OF SERVICE

The undersigned hereby admits service of the Summons and Complaint on behalf of Defendant, Anthology Inc., as of September 24, 2024, as counsel for Defendant and being duly authorized to do so.

Dated this 24th day of September, 2024

        **O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
        Attorneys for Defendant Anthology Inc.

By:  *Electronically signed by Grant C. Killoran*
      Grant C. Killoran, SBN 1015503
      grant.killoran@wilaw.com
      Ryan J. Riebe, SBN 1101498
      ryan.riebe@wilaw.com

**P.O. Address:**

111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202
Phone: 414.276.5000

**Of Counsel**

David A. Crichlow
Mark T. Ciani
david.crichlow@katten.com
mark.ciani@katten.com
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 940-8941

2